IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NICHOLE D. HALL, INDIVIDUALLY AS SURVIVING CHILD OF JANNIE P. SMITH, AND REPRESENTATIVE OF ALL HEIRS AT LAW, AND AS THE ADMINISTRATRIX OF THE ESTATE OF JANNIE P. SMITH, DECEASED,<br><br>    Plaintiff,<br><br>v.<br><br>MOONGILMADUGU INBAVAZHVU, M.D., KANDATHIL MATHEW MATHEW, M.D., ABIODUN GBADERO OLATIDOYE, M.D., SOUTHERN HEART SPECIALISTS, P.C., RAGHURAM KOLANU, M.D., NEUROLOGY SOUTH, P.C., AND HENRY MEDICAL CENTER, INC.,<br><br>    Defendants. | CIVIL ACTION<br>FILE NO. 1-07-CV-2513-WSD |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL PARTIES

COME NOW all Parties and pursuant to Federal Rule of Civil Procedure, Rule 41 (a) (1) (ii) hereby stipulate to the dismissal with prejudice of all claims

against all parties. The Clerk of Court is requested to mark said case "Stipulation of Dismissal With Prejudice Of All Parties" upon the docket of this Court.

This 26th day of June, 2008.

                              Respectfully submitted,
                              WARSHAUER, POE & THORNTON, P.C.

                              By: _____
                              Lyle Griffin Warshauer
                              Georgia Bar No. 171941
                              Attorney for Plaintiff

3350 Riverwood Parkway
Suite 2000
Atlanta, Georgia 30339
(404) 892-4900

Stipulated to by:

/s/ R. Page Powell, Jr.
R. Page Powell, Jr., Esq.
Taylor M. Chamberlin, Esq.
Huff, Powell & Bailey, LLC
The Peachtree
1355 Peachtree Street
Suite 2000
Atlanta, GA 30309
404-892-4022
Attorneys for Defendants Inba-Vazhvu, Mathew, Olatidoye and Southern Heart Specialists, P.C.

/s/ Jeffrey S. Bazinet
Jonathan C. Peters, Esq.
Jeffrey S. Bazinet, Esq.
Peters & Monyak, LLP

One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Suite 2275
Atlanta, GA  30326
404-607-0100
Attorneys for Defendants Kolanu and
Neurology South, P.C.

<u>/s/ Rod G. Meadows</u>
Rod G. Meadows, Esq.
Mary M. House, Esq.
Meadows & Macie, P.C.
101 Eagle's Pointe Parkway
Stockbridge, GA  30281
770-957-1199
Attorneys for Defendant Henry Medical Center, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have served Defendants with a copy of the **STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL PARTIES**, by sending a copy of this certificate using the CM/ECF system, which will automatically send email notification to the following attorneys of record:

R. Page Powell, Jr., Esq.
Taylor M. Chamberlin, Esq.
Huff, Powell & Bailey, LLC
The Peachtree
1355 Peachtree Street
Suite 2000
Atlanta, GA 30309

Jonathan C. Peters, Esq.
Jeffrey S. Bazinet, Esq.
Peters & Monyak, LLP
One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Suite 2275
Atlanta, GA 30326

Rod G. Meadows, Esq.
Mary M. House, Esq.
Meadows & Macie, P.C.
101 Eagle's Pointe Parkway
Stockbridge, GA 30281

This 26th day of June, 2008.

                                          Respectfully submitted,
                                          WARSHAUER POE & THORNTON, P.C.

                                          By: /s/ Lyle Griffin Warshauer
                                          Lyle Griffin Warshauer

4

                                        Georgia Bar No. 171941  
                                        Attorney for Plaintiff

3350 Riverwood Parkway  
Suite 2000  
Atlanta, GA 30339  
(404) 892-4900